# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI FILED 2023 FEB 1 P 2:36

(Full name of plaintiff(s))

Royce Laneil Hawthorne

v.

(Full name of defendant(s))

Squad 5462: Robert Lloyd, Josue Ayala, Alan Beathe. Squad 5463: Jeffrey Kennedy, William Mauch.

Case Number:

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at Jackson Correctional Institution, N6500 Haipek Road, Black River Falls, WI 54615 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Josue Ayala, Alan Beathe, Robert Lloyd, Jeffrey Kennedy, William Mauch (Name)

Complaint – 1
Case 2:23-cv-00133-JPS   Filed 02/01/23   Page 1 of 5   Document 1

is (if a person or private corporation) a citizen of __Wisconsin__

(State, if known)

and (if a person) resides at __N/A__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee Police Department District 5 - Late Power Shift__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Thursday, August 25th 2021, after the Milwaukee Police made a traffic stop, The plaintiff Royce Hawthorne was standing behind his gate in his backyard that is surrounded by a tall, six foot chain link privacy fence that was locked with a chain and padlock conversing with Police Officers Josue Ayala, Robert Lloyd and Alan Beattie that were in full duty uniform, equipped with Axon body worn cameras, about traffic violations that the plaintiff allegedly committed. PO Ayala related to the plaintiff to unlock the padlock on the chain right away or he would be officially obstructing his investigation. After the plaintiff complied to the officer's demands, he was brought out of the yard into the driveway and was detained and searched by PO Ayala. PO Ayala also stated to the plaintiff that "right now, it's a simple traffic stop and could literally be a traffic warning." But after the gate was opened, PO Alan Beattie illegally entered the curtilage and allegedly found a firearm in the

Complaint – 2

backyard by the corner of a house. He testified at an earlier hearing that he was directed to that area by PO Ayala when he wasn't. After PO Ayala was alerted that a gun was found, he made up a scenario in which how he imagined what he believed the plaintiff did with the firearm before the officers entered the driveway, but PO Ayala did not see the plaintiff by the corner of the house bending or crouching (or walking from) in a motion that appeared he (plaintiff) may be attempting to conceal something in which he related to PO Robert Lloyd that PO Robert Lloyd mentioned in his police report. PO Josue Ayala mentioned something totally different in his Supplemented report than from what he told PO Robert Lloyd on the recorded body cam. In fact, the submitted body cam video shows Mr. Hawthorne standing by the fence line when PO Ayala arrived and does not show any suspicious movements by Mr. Hawthorne. Moreover, Mr. Hawthorne remains standing near PO Ayala during the entire encounter. Police officers Josue Ayala, Alan Beattie, Robert Lloyd, Jeffrey Kennedy and William Mauch falsified the police report in the plaintiff's said case no: 2021CF3670. They falsified the police report to make the charges of Possession of a firearm by a felon and Obstructing Stick against the plaintiff after the Milwaukee Police Officers may have "planted" the firearm that was found by the house. They may have planted the firearm because the plaintiff was young and black driving in an urban neighborhood late at night and was being racially stereotyped suspecting him of being a drug dealer because PO Ayala mentioned in the Body Cam that he believed the plaintiff was "dealing." The plaintiff wants damages for the falsified police report being racially motivated, his pain and suffering, embarrassment and false imprisonment among other reasons for this Unlawful Arrest.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The plaintiff respectfully requests swift disiplinary action against all officers involved including their termination from the Milwaukee Police Department, and for all pending charges against the plaintiff to be dismissed with prejudice immediately. Also, the plaintiff requests compensation of $200,000 for the pain and suffering and embarrassment, compensation in the sum of $960,000 for all months of imprisonment because the plaintiff started, "Stable Trucking and Freight, LLC" before the plaintiff was detained by the Milwaukee Police Department. This sum is the estimated value of what the plaintiff would have generated if operating his LLC. One truck is estimated to bring in $40,000 a month. Compensation in the sum of $100,000. This is an estimation that the plaintiff would have generated from the company that he co-owns with his 2 brothers called "Stable Fence Co." Also compensation of estimated monies for every day that the plaintiff was falsely imprisoned which is to be computated. Also compensation of $50,000 for estimated value to take care of the plaintiff's newborn baby which was born on November 16, 2021 until the correct period when the plaintiff is released from prison.

Complaint - 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES    ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this __19__ day of __January__ 20_23_.

   Respectfully Submitted,

   _/s/ ZH_
   Signature of Plaintiff

   _N/A_
   Plaintiff's Telephone Number

   _N/A_
   Plaintiff's Email Address

   _Jackson Correctional Institution, N6500 Haipek Road_

   _Black River Falls, WI 54615_
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:23-cv-00133-JPS   Filed 02/01/23   Page 5 of 5   Document 1