Royce Hawthorne #455666
Jackson Correctional Institution
N6500 Haipek Road
Black River Falls, WI 54615

U.S. Marshals Service
Eastern District of Wisconsin
FEB 01 2023

Clerk of Court
United States District Court for the Eastern
District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

