# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

February 1, 2023

Royce Lancil Hawthorne #455666
Jackson Correctional Institution
N6500 Haipek Rd
PO Box 233
Black River Falls, WI 54615-0233

    Re:    **Hawthorne v. Lloyd et al**
              **Case No. 23-CV-133**

Dear Mr. Hawthorne:

This case has been assigned to Magistrate Judge Stephen C. Dries, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Please read the numbered paragraphs below. <u>Failure to comply with either of these requirements may result in the Court's dismissal of your case without further notice.</u>

1. The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court.
2. The court has received your Request to Proceed in District Court Without Prepaying the Filing Fee. You must also submit a certified copy of your institutional trust account statement for the past six months within 21 days of the date of this letter.

A form regarding magistrate judge jurisdiction is enclosed for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

                                                  Very truly yours,

                                                  GINA M. COLLETTI
                                                  CLERK OF COURT

                                                  s/Tony Byal
                                                  Deputy Clerk