UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

ROYCE LANEIL HAWTHORNE,

    *Plaintiff,*

    *v.*

ROBERT LLOYD, JOSUE AYALA,
ALAN BEATTIE, JEFFREY KENNEDY,
AND WILLIAM MAUCH                                 Case No: 2:23-cv-133

    *Defendants.*

_____

## NOTICE OF APPEARANCE OF R. RICK RESCH

_____

PLEASE TAKE NOTICE that Strang Bradley, LLC, by R. Rick Resch, has been retained as counsel for Royce Laneil Hawthorne in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, March 8, 2023.

                                          STRANG BRADLEY, LLC

                                          By:    /s/ Randal Richard Resch
                                                  R. Rick Resch
                                                  Wisconsin State Bar No. 1117722

STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
(608) 406-2602         facsimile
Rick@StrangBradley.com