UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ROYCE LANEIL HAWTHORNE,

    *Plaintiff,*

    *v.*

ROBERT LLOYD, JOSUE AYALA,
ALAN BEATTIE, JEFFREY KENNEDY,
AND WILLIAM MAUCH     Case No: 2:23-cv-133

    *Defendants.*

## NOTICE OF APPEARANCE OF JOHN H. BRADLEY

PLEASE TAKE NOTICE that Strang Bradley, LLC, by John H. Bradley, has been retained as counsel for Royce Laneil Hawthorne in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, March 8, 2023.

                STRANG BRADLEY, LLC

                /s/ John H. Bradley
                John H. Bradley
                Wisconsin Bar No. 1053124

Strang Bradley, LLC
613 Williamson St., Ste. 204
Madison, WI 53703
(608) 535-1550
(608) 406-2602    facsimile
John@StrangBradley.com