UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

ROYCE LANEIL HAWTHORNE,

    *Plaintiff,*

    *v.*

ROBERT LLOYD, JOSUE AYALA,
ALAN BEATTIE, JEFFREY KENNEDY,
AND WILLIAM MAUCH                           Case No: 2:23-cv-133

    *Defendants.*

_____

## NOTICE OF APPEARANCE OF JAMES ODELL
_____

    PLEASE TAKE NOTICE that Strang Bradley, LLC, by James Odell, has been retained as counsel for Royce Laneil Hawthorne in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

    Dated at Madison, Wisconsin, March 8, 2023.

                                    STRANG BRADLEY, LLC

                              By:    /s/ James Odell
                                         James Odell
                                         Wisconsin State Bar No. 1131587

STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
(608) 406-2602        facsimile
James@StrangBradley.com